## 13128.   SHAHAN v. THE STATE.

LUKE, J.   The defendant was convicted of the offense of manufacturing
liquor.   His conviction was dependent entirely upon circumstantial
evidence.   A careful examination of the entire record convinces us that
his conviction was not authorized.   It is not necessary to consider the
special grounds of the motion for a new trial.   It was error to overrule
the motion for a new trial.
*Judgment reversed.   Bloodworth, J., concurs.   Broyles, C. J., dissents.*
DECIDED MARCH 8, 1922.

Indictment for making liquor; from Walker superior court —
Judge Wright.   November 9, 1921.

*F. W. Copeland, Henry & Jackson, R. M. W. Glenn, D. F. Pope,
G. E. Maddox,* for plaintiff in error.

*E. S. Taylor, solicitor-general, J. F. Kelly,* contra.

---

## 13159.   KNIGHT et al. v. THE STATE.

LUKE, J. 1.   The evidence authorized the trial judge (who was sitting
without the intervention of a jury) to find the defendants guilty.
2. Under all the facts of the case, no ground of the motion for a new trial
shows reversible error.
*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MARCH 8, 1922.

Accusation of taking oysters from private bed; from city court of
Savannah — Judge Rourke.   October 29, 1921.

*Shelby Myrick,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.